IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEVIN G. NUNES )
)
    Plaintiff, )
)
v. )        Case No. 1:20-cv-01403-APM
)
)
WP COMPANY, LLC )
d/b/a The Washington Post )
)
    Defendant. )
_____ )

# MOTION FOR *PRO HAC VICE* ADMISSION
# OF STEVEN S. BISS, ESQUIRE

Plaintiff, Devin G. Nunes ("Plaintiff"), by counsel, pursuant to Local Civil Rule (LCvR) 83.2(d) of the United States District Court for the District of Columbia, respectfully moves the Court to admit Steven S. Biss, Esquire, *pro hac vice* to practice before the Court in this case.

This motion is signed by sponsoring attorney, Richard S. Basile, who is a member of the Bar of this Court, and is accompanies by the required filing fee.

A proposed Order is attached as *Exhibit "A"*.


WHEREFORE, for the reasons stated above, Plaintiff respectfully moves the Court to grant his motion.


DATED:        September 14, 2020

DEVIN G. NUNES

By: _/s/ Richard S. Basile_

Richard S. Basile
(D.C. Bar No. 374069)
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone:      301-441-4900
Facsimile:      301-441-2404
Email:          rearsb@gmail.com

_Counsel for the Plaintiff_

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:      (804) 501-8272
Facsimile:      (202) 318-4098
Email:          stevenbiss@earthlink.net

_Counsel for the Plaintiff_
_(Motion for Admission Pro Hac Vice_
_to be filed)_

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By:   */s/ Richard S. Basile*
Richard S. Basile
(D.C. Bar No. 374069)
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone:  301-441-4900

*Counsel for the Plaintiff*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:      (804) 501-8272
Facsimile:      (202) 318-4098
Email:          **stevenbiss@earthlink.net**

*Counsel for the Plaintiff*
*(Motion for Admission Pro Hac Vice*
*to be filed)*

## DECLARATION OF STEVEN S. BISS

Pursuant to LcvR 83.2(d) and Title 28 U.S.C. § 1746, I, Steven S. Biss, Esquire, declare under penalty of perjury as follows:

1.    My name is Steven Scott Biss.

2.    My office address and telephone number is:

   300 West Main Street, Suite 102
   Charlottesville, Virginia 22903
   (804) 501-8272

3.    I am admitted to the Bar of the Commonwealth of Virginia. I am a member in good standing of the following Courts: the Virginia Supreme Court, the United States District Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, the United States Bankruptcy Court for the Eastern District of Virginia, the United States Bankruptcy Court for the Western District of Virginia, and the United States Court of Appeals for the Fourth Circuit. A Certificate of Good Standing issued by the United States District Court for the Eastern District of Virginia is attached.

4.    I have been disciplined by the Virginia State Bar. An explanation of the circumstances and details is attached.

5.    I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years. On March 27, 2019, I was admitted *pro hac vice* in the United States Bankruptcy Court for the District of Columbia in the matter of *In re Radack*, Case 18-00634-SMT.

4

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not member of the District of Columbia Bar and I do not have an application for membership pending.

7. I seek admission *pro hac vice* to appear before this Honorable Court in the above styled case on behalf of Plaintiff, Devin G. Nunes.

8. I wish to appear and participate in this case in association with attorney Richard S. Basile, Esquire, who is a member of the Bar of this Honorable Court.

In accordance with 28 U.S.C. § 1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed in Charlottesville, Virginia, on September 14, 2020.

*/s/ Steven S. Biss*
STEVEN S. BISS, ESQUIRE
Virginia State Bar No. 32972
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email:  **stevenbiss@earthlink.net**