IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-01403-APM |
| ) | |
| ) | |
| WP COMPANY, LLC ) | |
| d/b/a The Washington Post ) | |
| ) | |
| Defendant. ) | |
| ) | |

# **NOTICE**

Plaintiff, Devin G. Nunes, by counsel, serves notice that Docket Entry 26 was filed in error and is hereby withdrawn.

DATED:   September 14, 2020

Signature of Counsel on Next Page

1

DEVIN G. NUNES

By: */s/ Richard S. Basile*
Richard S. Basile
(D.C. Bar No. 374069)
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone:   301-441-4900
Facsimile:    301-441-2404
Email:           rearsb@gmail.com

*Counsel for the Plaintiff*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:   (804) 501-8272
Facsimile:    (202) 318-4098
Email:           stevenbiss@earthlink.net

*Counsel for the Plaintiff*
*(Motion for Admission Pro Hac Vice filed)*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: */s/ Richard S. Basile*
Richard S. Basile
(D.C. Bar No. 374069)
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
Telephone: 301-441-4900

*Counsel for the Plaintiff*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:   (804) 501-8272
Facsimile:   (202) 318-4098
Email:   **stevenbiss@earthlink.net**

*Counsel for the Plaintiff*
*(Motion for Admission Pro Hac Vice filed)*