UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVIN G. NUNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-01403 (APM) |
| ) | |
| WP COMPANY LLC, ) | |
| D/B/A THE WASHINGTON POST, ) | |
| AND SHANE HARRIS ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 33, Defendant's Motion to Dismiss, ECF No. 8, is granted, and Plaintiff's Motion for Leave to File Amended Complaint, ECF No. 30, is denied.  This action is hereby dismissed.

This is a final, appealable order.

Dated:  December 24, 2020

Amit P. Mehta
United States District Court Judge