# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-7121**  **September Term, 2021**

**1:20-cv-01403-APM**

**Filed On: May 10, 2022** [1946235]

Devin G. Nunes,

    Appellant

  v.

WP Company LLC and Shane Harris,

    Appellees

## M A N D A T E

    In accordance with the judgment of April 1, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                              BY:    /s/
                                         Daniel J. Reidy
                                         Deputy Clerk

Link to the judgment filed April 1, 2022